AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| STACY SETTS ) | Case No: 5:03cr54-002/MCR |
| ) | USM No: 11821-017 |
| Date of Previous Judgment: July 20, 2004 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __38__      Amended Offense Level: __38__
Criminal History Category: __I__      Criminal History Category: __I__
Previous Guideline Range: __135__ to __168__ months      Amended Guideline Range: __135__ to __168__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Application of Amendment 706 does not result in a reduction of defendant's base offense level due to the combined drug weight attributable to defendant as relevant conduct. Although under the new Drug Quantity Table the base offense level for 2 kg of cocaine base is reduced from a level 38 to a level 36, in defendant's case the level reverts to a 38 when the cocaine powder and marijuana weights are added because the combined weight of all three drugs, using the new conversion table from Application Note 10(D)(i)(II) of USSG § 2D1.1, is 32,407.05 kg of marijuana, which corresponds to a level 38 under the new Drug Quantity Table. Defendant did receive a reduction in drug weight, however, but not enough to trigger a lower base offense level. As way of explanation, combining all of defendant's drug weight under the old marijuana equivalency table resulted in a total drug weight of 59,007.5 kg of marijuana. Under the new conversion table, the total of defendant's drug weight is 32,407.05 kg of marijuana. Thus, there in fact has been a reduction. The problem for defendant is that 30,000 kg or more of marijuana corresponds to a level 38 under the new Drug Quantity Table, which in turns means there is no reduction in her original base offense level or guideline range.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 3, 2008                   _/s/ M. Casey Rodgers_
                                                                Judge's signature

Effective Date: _____                     M. Casey Rodgers, United States District Judge
(if different from order date)                     Printed name and title